1  Keith A. Kelly, SBN 208813
   Keith.kelly@kakellylaw.com
2  Law Offices of Keith A. Kelly
   7095 Indiana Ave., Ste. 200
3  Riverside, CA 92506
   (951) 684-7066
4  (951) 684-7078 - Facsimile

5  Attorneys for Plaintiff
   SHUTTLE BUS LEASING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHUTTLE BUS LEASING, A CALIFORNIA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>EDISON TRANSPORTATION LLC, a Florida Limited Liability Company; GAMEDAY MANAGEMENT GROUP, INC., a British Columbia corporation; ITRANSIT INC., a Florida corporation; ROBERT HILL, an individual; MICHAEL POUNCEY, individually; LEWIS ROBBINS, individually; ANTHONY VITRANO, individually; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. EDCV13-675 GW (OPx)<br><br>**NOTICE OF LODGING OF PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**<br><br>Trial Date: September 4, 2014 |

Pursuant to Local Rule 52-1 and the Court's Civil Bench Trial Order, Plaintiff Shuttle Bus Leasing hereby lodges Plaintiff's Proposed Order re: Findings of Facts and Conclusions of Law.

Dated: September 4, 2014

MITCHELLWEILER LAW CORPORATION
&
LAW OFFICES OF KEITH A. KELLY

By     */s/ Keith A. Kelly*
Keith A. Kelly
Attorneys for
SHUTTLE BUS LEASING