UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-675 JCG | Date | February 19, 2015 |
|---|---|---|---|
| Title | *Shuttle Bus Leasing v. Edison Transportation, LLC, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On September 17, 2014, the parties filed a joint stipulation, asking the Court to vacate trial in light of the parties' success in reaching a conditional settlement agreement. [Dkt. No. 69.] On September 18, 2014, the Court granted that request. [Dkt. No. 70.]

On October 31, 2014, the Court ordered the parties to file a settlement status report and submit a proposed status conference date. [Dkt. No. 72.] To date, the parties have done neither.

Accordingly, within **fourteen days** of the date of this Order, all parties are **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with a court order and/or prosecute.

**The parties are cautioned that failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

*It is so ordered.*

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | kh |