UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-675 JCG | | Date | March 6, 2015 |
|---|---|---|---|---|
| Title | *Shuttle Bus Leasing v. Edison Transportation, LLC, et al.* | | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

| **Proceedings:** | **(IN CHAMBERS) ORDER CONTINUING DEADLINE FOR ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
|---|---|

The Court is in receipt of Plaintiff's response to the Court's February 19, 2015 Order to Show Cause ("OSC"). Therein, Plaintiff explains the parties' delay in finalizing their settlement agreement. Additionally, Plaintiff informs the Court that the cause for delay has been resolved and the parties intend to finalize the agreement shortly.

In light of the above, Plaintiff requests that the Court continue the OSC deadline for an additional sixty (60) days. That request is hereby **GRANTED**.

Accordingly, within **sixty days** of the date of this Order, all parties are **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with a court order and/or prosecute.

**The parties are cautioned that failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

Alternatively, should the parties file a Stipulation of Dismissal prior to the deadline, they need not respond separately to this OSC.

*It is so ordered.*

cc: Parties of Record

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kh | |

---

| CV-90 (06/04) | **CIVIL MINUTES - GENERAL** | Page 1 of 1 |
|---|---|---|