JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-675 JCG | Date | May 6, 2015 |
|---|---|---|---|
| Title | *Shuttle Bus Leasing v. Edison Transportation, LLC, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION**

On the Court's own motion, and in light of the parties' settlement, the Court hereby **ORDERS** the above-captioned matter **DISMISSED WITHOUT PREJUDICE**.

*It is so ordered.*

cc: Parties of Record

                                                            00   :   00
                                        Initials of Preparer      kh